CORA NEELY, Also Known As CODY WATKINS, Also Known As CORRINE LYELL, Appellant, v. THE STATE OF NEVADA, Respondent.

No. 6318

June 7, 1972                                           497 P.2d 898

[Rehearing denied July 21, 1972]

*J. Rayner Kjeldsen,* of Reno, for Appellant.

*Robert List,* Attorney General, *William Macdonald,* District Attorney, and *John Doyle,* Deputy District Attorney, Humboldt County, for Respondent.

## OPINION

*Per Curiam:*

Appellant contends that, for various reasons, the trial court erred in allowing the State to introduce at trial certain testimony previously given at appellant's preliminary hearing. Whatever the merits of such contentions might be if appellant's counsel had made a timely objection, stating specific grounds, these issues have not been properly preserved for our review. Merica v. State, 87 Nev. 457, 488 P.2d 1161 (1971); Kelley v. State, 76 Nev. 65, 348 P.2d 966 (1960); NRS 47.040(1)(a).

Other assignments of error are without merit.

Affirmed.